UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

ANGEL NAVARRO PULIDO           *

VS           *   C.A. NO. B98 073

UNITED STATES OF AMERICA           *   (Cr. No. B97 191 03)

### O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **October 1, 1998**.

DONE at Brownsville, Texas, this 31st day of July, 1998.

Fidencio G. Garza Jr.
United States Magistrate Judge