IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANGEL NAVARRO PULIDO, | § | |
|    Defendant-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-98-073 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-191 |
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff-Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### AMENDED REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Amended Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Amended Report and Recommendation of August 25, 1999 should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 29th day of September 1999.

Filemon B. Vela
United States District Judge